## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:

David A. Brown

|                    | CASE NO. 14-50156 |
|                    | CHAPTER 7         |

Debtor(s)

## ORDER GRANTING TRUSTEE'S AMENDED
## MOTION TO DISMISS CHAPTER 7 BANKRUPTCY WITH PREJUDICE

CAME ON FOR hearing, the Chapter 7 Trustee's Amended Motion to Dismiss with Prejudice (the "Motion") and, after appropriate notice and opportunity for hearing, the Court finds the Motion should be approved.  Therefore, it is

ORDERED that this Case is hereby **Dismissed with Prejudice to Re-filing for One Hundred Eighty Days**.

IT IS SO ORDERED.

Signed on 01/08/2015

_Brenda T. Rhoades_    SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE